JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, | Case No.: CV 17-981-DMG (SSx) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE [26]** |
| vs. | |
| CITY OF MONROVIA, an incorporated California Municipality; and DOES 1 to 10, inclusive, | |
| Defendants. | |

The above-captioned action is hereby dismissed with prejudice pursuant to the parties' stipulation filed on December 12, 2017.

DATED: December 12, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE